UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  

    Sharon E Maiden

    Debtor(s)

Case No. 14-30194

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/18/2014.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 11/07/2014.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAA1 TITLE LOAN | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCEPTANCE NOW | Unsecured | 5,614.00 | NA | NA | 0.00 | 0.00 |
| ACUTE CARE SPECIALIS | Unsecured | 101.00 | NA | NA | 0.00 | 0.00 |
| ACUTE CARE SPECIALIS | Unsecured | 1,520.00 | NA | NA | 0.00 | 0.00 |
| ACUTE CARE SPECIALIS | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE LABORA | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| AT&T/MIDLAND BANKRUPTCY DEP/ | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CU | Unsecured | 941.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| CCS/FIRST NATIONAL BANK | Unsecured | 482.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE EMERG | Unsecured | 574.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE EMERG | Unsecured | 856.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE EMERG | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| CEPAMERICA | Unsecured | 529.00 | NA | NA | 0.00 | 0.00 |
| CHANDLER REGIONAL | Unsecured | 5,296.00 | NA | NA | 0.00 | 0.00 |
| CHANDLER REGIONAL ME | Unsecured | 6,289.00 | NA | NA | 0.00 | 0.00 |
| CHANDLER REGIONAL ME | Unsecured | 11,909.00 | NA | NA | 0.00 | 0.00 |
| CHANDLER REGIONAL ME | Unsecured | 14,308.00 | NA | NA | 0.00 | 0.00 |
| CHANDLER REGIONAL ME | Unsecured | 34,046.00 | NA | NA | 0.00 | 0.00 |
| CHANDLER REGIONAL ME | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 945.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE COMMUN | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECO | Unsecured | 753.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 391.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| COMMONWEALTH EDICON | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| DR DEVANG DHARIA | Unsecured | 1,033.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE CARDIOLOGY | Unsecured | 943.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE EMERGENCY PHY | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE EMERGENCY PHY | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE LAB PHYSIC | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE LAB PHYSIC | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| ELK GROVE RADIOLOGY | Unsecured | 97.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| G A CLINIC | Unsecured | 185.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Unsecured | 1,033.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 1,140.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH A LAGATUTA | Unsecured | 1,737.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH A LAGATUTA MD | Unsecured | 453.00 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 2,060.00 | NA | NA | 0.00 | 0.00 |
| KARE HOSPITAL MEDICI | Unsecured | 1,088.00 | NA | NA | 0.00 | 0.00 |
| KARE HOSPITAL MEDICI | Unsecured | 839.00 | NA | NA | 0.00 | 0.00 |
| KARE HOSPITAL MEDICI | Unsecured | 1,115.00 | NA | NA | 0.00 | 0.00 |
| KARE HOSPITAL MEDICI | Unsecured | 2,083.00 | NA | NA | 0.00 | 0.00 |
| KARE HOSPITAL MEDICI | Unsecured | 3,440.00 | NA | NA | 0.00 | 0.00 |
| KARE HOSPITAL MEDICI | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| CHANDLER RAD | Unsecured | 282.00 | NA | NA | 0.00 | 0.00 |
| CHANDLER RAD | Unsecured | 139.00 | NA | NA | 0.00 | 0.00 |
| CLIN PATH AS | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| NELSON BLANCO MDS | Unsecured | 945.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST HEALTH CAR | Unsecured | 12,164.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST HEALTH CAR | Unsecured | 2,360.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN ANESTHESIA | Unsecured | 328.00 | NA | NA | 0.00 | 0.00 |
| PREMIER EMERGENCY ME | Unsecured | 987.00 | NA | NA | 0.00 | 0.00 |
| PREMIER EMERGENCY ME | Unsecured | 1,039.00 | NA | NA | 0.00 | 0.00 |
| PREMIER PAIN SPECIAL | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| PREMIER PAIN SPECIAL | Unsecured | 1,125.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CONSULT | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGISTS OF DUPAGE | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANT | Unsecured | 989.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RADIOLOGY CONSULTANT | Unsecured | 1,341.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHEPPARD PERIODONTIC | Unsecured | 1,442.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST AMBULANCE | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST AMBULANCE | Unsecured | 1,807.00 | NA | NA | 0.00 | 0.00 |
| SPECIALISTS IN GASTR | Unsecured | 1,620.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 1,555.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN ENDOCRINOLO | Unsecured | 1,004.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN RADIOLOGIST | Unsecured | 1,533.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN SURGICAL CA | Unsecured | 5,145.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF GLEN ELLYN | Unsecured | 994.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF GLEN ELLYN | Unsecured | 1,018.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HANOVER PARK | Unsecured | 822.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HANOVER PARK | Unsecured | 791.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Unsecured | 461.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Unsecured | 459.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD RADIOLOGY | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD RADIOLOGY | Unsecured | 631.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 11/24/2014       By: /s/ Glenn Stearns
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**